IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREENTREE INNS HOTEL MANAGEMENT
GROUP, INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Civ. No. 22-0034 KG/JFR

SDI HOTELS LLP, dba GREENTREE INN
AND SUITES,

    Defendant.

## FINAL JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

    IT IS ORDERED that:

1. Judgment is entered in favor of Plaintiff and against Defendant;

2. Defendant is permanently enjoined from using the Mark at its Property as described in Doc. 11;

3. Plaintiff is awarded statutory damages in the amount of $60,000.00 (sixty thousand dollars and no cents);

4. Plaintiff is awarded attorneys' fees and costs in the amount of $9,925.50; and

5. This case is hereby closed.

_____
UNITED STATES DISTRICT JUDGE